**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-2215

PERCY LEE CLAY; DIANE CLAY,

             Plaintiffs - Appellants,

        v.

P. TREVOR SHARP, Individually, and in his capacity as
Magistrate, U.S. District Court Middle District, North
Carolina,

             Defendant - Appellee.

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro. Thomas D. Schroeder,
District Judge. (1:10-cv-00891-TDS-LPA)

Submitted: February 26, 2013        Decided: February 28, 2013

Before MOTZ, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Percy Lee Clay, Diane Clay, Appellants Pro Se. Kartic
Padmanabhan, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke,
Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Percy Lee Clay and Diane Clay appeal the district court's order adopting the magistrate judge's recommendation and dismissing their civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Clay v. P. Trevor Sharp, 1:10-cv-00891-TDS-LPA (M.D.N.C. July 3, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED